DANIEL G. BODGEN
United States Attorney
District of Nevada
ERIC JOHNSON
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:03-mj-02060-PAL |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| EPHRAIM BRUCE, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on February 21, 2003.

DATED this 21st day of January, 2014.

DANIEL G. BOGDEN
United States Attorney

/s/Eric Johnson

ERIC JOHNSON
Assistant United States Attorney
Chief, Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal

DATED this 27th day of January, 2014.

United States Magistrate Judge

1